EUGENE HANSEN (Trial Counsel) (DC Bar No. 483638)
hansene@sec.gov

Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
100 F Street NE
Washington, D.C. 20549
Tel: (202) 551-6091

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MINGRAN WANG,<br><br>Defendant. | Case No. 26-cv-06291-HSG<br><br>CERTIFICATE OF SERVICE OF JUDGE GILLIAM'S STANDING ORDER FOR CIVIL CASES |

In accordance with Paragraph 2 of Judge Gilliam's Standing Order for Civil Cases, and Civil Local Rule 4-2, I hereby certify that on July 23, 2026, I served by email Judge Gilliam's Standing Order for Civil Cases upon the following counsel for Defendant Mingran Wang:

Alejandro O. Soto, Esq.
Fridman Fels & Soto, PLLC
150 Alhambra Circle, Suite 715
Coral Gables, FL 33134
Email: asoto@ffslawfirm.com

Amy Craig
Ehrlich & Craig, LLP
803 Hearst Ave.
Berkeley, CA 94710
Email: amy@ehrlich-craig.com

David R. Chase, Esq.
1700 East Las Olas Boulevard, Suite 305
Fort Lauderdale, FL 33301
Email: david@davidchaselaw.com

Respectfully submitted,

Dated: July 23, 2026

By: */s/Eugene N Hansen*

Eugene N. Hansen
SECURUTIES AND EXCHANGE COMMISSION
100 F Street NE
Washington, D.C. 20549
(202) 551-6091
hansene@sec.gov