**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>Plaintiff,<br>v.<br>MINGRAN WANG,<br>Defendant. | Case No. 26-cv-6291-HSG<br><br>STIPULATION TO REOPEN THE CASE AND HOLD CASE DEADLINES IN ABEYANCE PENDING SENTENCING IN THE WANG CRIMINAL CASE; ORDER |

Pursuant to Local Civil Rule 7-12, Plaintiff Securities and Exchange Commission ("SEC") and Defendant Mingran Wang ("Wang") hereby STIPULATE and AGREE to the below proposed Order:

(1) This litigation should be reopened considering that the Court still needs to decide any disgorgement and civil penalty.

(2) The related criminal case pending before the Court, styled United States v. Wang, No. 26-cr-00288-HSG (the "Wang Criminal Case"), may have relevance to the determination of disgorgement and any civil penalty. For this reason, all case deadlines shall be held in abeyance until after sentencing in the Wang Criminal Case.

(3) The parties shall file a joint status report on or before November 6, 2026 setting forth a proposed plan for addressing the outstanding issues of disgorgement and any civil penalty.

WE ASK FOR THIS ORDER:

Dated: July 31, 2026

By: */s/ Eugene Hansen*

Eugene N. Hansen
SECURUTIES AND EXCHANGE COMMISSION
100 F Street NE
Washington, D.C. 20549
(202) 551-6091
Email: hansene@sec.gov

*Counsel for Plaintiff Securities and Exchange Commission*

Dated: July 31, 2026

By: */s/ Alejandro Soto*

Alejandro O. Soto, Esq. (pro hac vice)
FRIDMAN FELS & SOTO, PLLC
150 Alhambra Circle, Suite 715
Coral Gables, FL 33134
(305) 569-7707
Email: asoto@ffslawfirm.com

*Counsel for Defendant Mingran Wang*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: 8/3/2026

Hon. Haywood S. Gilliam, Jr.
United States District Judge